UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTAHAMERICAN ENERGY, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 08-1791 (RJL) |
| v. | ) |
| U.S. DEPARTMENT OF LABOR, | ) |
| Defendant. | ) |

## FINAL JUDGMENT
(March 31st, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** the defendant's Motion for Summary Judgment [# 12] is GRANTED in part and DENIED in part. Specifically, it is GRANTED with respect to defendant's invocation of Exemptions 2, 6, and 7(C). It is DENIED in all other respects. It is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [# 13] is GRANTED in part and DENIED in part. Specifically, it is GRANTED to the extent DOL has performed an inadequate search and improperly withheld information under Exemptions 5 and 7(A). It is DENIED in all other respects.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1